UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE BLACK,<br><br>    *Plaintiff*,<br><br>v.<br><br>THE CAPITAL MARKETS COMPANY, LLC,<br><br>    *Defendant*. | No. 22-cv-08832-RA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Alexander Granovsky of the law firm Granovsky & Sundaresh PLLC hereby enters his appearance as counsel for Plaintiff George Black in the above-captioned action.

Dated:    New York, New York
           October 18, 2022

                              Respectfully Submitted,

                        By:    */s/ Alexander Granovsky*
                              GRANOVSKY & SUNDARESH PLLC
                              48 Wall Street / New York, NY 10005
                              ag@g-s-law.com
                              (646) 524-6001
                              *Attorneys for Plaintiff George Black*