Granovsky & Sundaresh PLLC
Corporate Service

# UNITED STATES DISTRICT COURT
# STATE OF NEW YORK, SOUTHERN DISTRICT OF
# NEW YORK

**AFFIDAVIT OF SERVICE**

Index No : **1:22-cv-08832-RA**

| Plaintiff(s): | **GEORGE BLACK** |
|---|---|
| Defendant(s): | **THE CAPITAL MARKETS COMPANY, LLC** |

STATE OF NEW YORK COUNTY OF KINGS    ss.:

**Musab Nassar**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **10/18/2022** at **2:27 PM**, I served the within **SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, and COMPLAINT** on **THE CAPITAL MARKETS COMPANY, LLC** at **C/O C T CORPORATION SYSTEM 28 LIBERTY ST, NEW YORK, NY 10005** in the manner indicated below:

By delivering thereat a true copy of each to **Mohamed Dansoko** personally. Deponent knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described as said Defendant(s) and knew said individual to be **INTAKE SPECIALIST** thereof.

A description of the person the documents were left with is as follows:

| Sex | Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Black | Black | 30-45 | Over 6ft | Over 200 lbs. |
| Other Features: | | | | | |

Sworn to and subscribed before me on
10/18/2022

X_____
ANNAS NASSAR
Notary Public, State of New York
No. 01NA6387330
Qualified in Kings County
Commission Expires 02/11/2023

X _Musab Nassar_ (signature)
Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1903766**




*1903766*