**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John P. Barry**
John.barry@weil.com

November 17, 2022

**VIA ECF ELECTRONIC FILING**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

    Re:    *George Black v. The Capital Markets Company, LLC,* Case No. 1:22-cv-08832-RA;
              Uncontested Letter-Motion for Adjournment of Initial Status Conference

Dear Judge Abrams:

On behalf of The Capital Markets Company, LLC ("Capco"), we write to request an adjournment of the Initial Status Conference in the above-captioned matter. We request that the Initial Status Conference, currently scheduled for December 9, 2022, be adjourned until any of the following dates and times: December 11, 2022 after 2:00 PM; December 12, 2022 after 2:00 PM; December 14, 2022 at any time; December 15, 2022 at any time; or December 16, 2022 at any time. Lead counsel for Capco is unable to attend the December 9 conference as, prior to this conference being scheduled, he scheduled and paid for a trip from December 7 to 11 to attend the American Intellectual Property Law Association conference in Miami, Florida.

We have consulted with counsel for Plaintiff George Black and counsel consents both to the adjournment and the requested new times. This is the first request for adjournment of the Initial Status Conference. Thank you for Your Honor's consideration.

Respectfully,

*/s/ John P. Barry*

John P. Barry

cc: All Counsel of Record (via electronic service)

Application granted. The telephonic initial pretrial conference is adjourned to December 15, 2022 at 11:30 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
11/18/2022