**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**John P. Barry**
John.barry@weil.com

November 28, 2022

**VIA ECF ELECTRONIC FILING**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *George Black v. The Capital Markets Company, LLC,* Case No. 1:22-cv-08832-RA; Uncontested Letter-Motion to Extend Deadline to File Reply in Support of Motion to Dismiss

Dear Judge Abrams:

On behalf of The Capital Markets Company, LLC ("Capco"), we write to request an extension of the deadline to file our Reply in Support of our Motion to Dismiss. Our Reply is currently due on November 30, 2022. We are seeking an extension until December 7, 2022 due to Capco counsels' travel around the Thanksgiving holiday.

We have consulted with counsel for Plaintiff George Black and counsel consents to the extension. This is the first request for an extension of this deadline. Thank you for Your Honor's consideration.

Respectfully,

*/s/ John P. Barry*

John P. Barry

cc: All Counsel of Record (via electronic service)